

# THE THIRTEENTH COURT OF APPEALS

---

13-20-00359-CV

---

MICHAEL LOWMAN

v.

LINDA LOWMAN MARTINI, DEPENDENT ADMINISTRATOR OF THE ESTATE OF
HERMAN BRUCE LOWMAN AND CORA SUE LOWMAN

---

On Appeal from the
County Court at Law No. 1 of Nueces County, Texas
Trial Court Cause No. 2017-PR-00792-1A

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

May 26, 2022